Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−10859−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angela Cedano
   aka Angela Delgado
   3 Eight Street
   Englewood Cliffs, NJ 07632

Social Security No.:
   xxx−xx−0723

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/5/22 at 10:00 AM

to consider and act upon the following:

*8* – Motion for Relief from Stay. Receipt Number 543507, Fee Amount $ 188. Filed by Shlomit Gordon. Hearing scheduled for 3/2/2022 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Exhibit Letter # 2 Exhibit letter # 3 Certificate of Service # 4 Memorandum of Law # 5 Application # 6 Exhibit Letter # 7 Proposed Order) (slm) Modified Text on 2/15/2022 (dlr).

*16* – Certification in Opposition to Opposition to motion for relief of automatic stay (related document:8 Motion for Relief from Stay. Receipt Number 543507, Fee Amount $ 188. Filed by Shlomit Gordon. Hearing scheduled for 3/2/2022 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Exhibit Letter # 2 Exhibit letter # 3 Certificate of Service # 4 Memorandum of Law # 5 Application # 6 Exhibit Letter # 7 Proposed Order) (slm) Modified Text on 2/15/2022 (dlr). filed by Creditor Shlomit Gordon, 9 Application to Shorten Time (related document:8 Motion for Relief from Stay. Receipt Number 0, Fee Amount $ 188. filed by Creditor Shlomit Gordon) Filed by Shlomit Gordon. (slm) filed by Creditor Shlomit Gordon) filed by Christopher S. Martone on behalf of Angela Cedano. (Attachments: # 1 Certificate of Service) (Martone, Christopher)

Dated: 3/4/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court