UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Shlomit Gordon
353 Grove st. Apt 4d
Jersey City, NJ 07302
Tel: 347-3017814
represented per se

In Re:

Angela Cedano
Debtor

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2022 MAR -8  A 8: 13

JEANNE A. NAUGHTON

BY: *Rob Hein*
Case No.: DEPUTY CLERK  22-10859-RG

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2022 FEB 22  A 9: 18

JEANNE A. NAUGHTON

BY: *Rob Hein*
DEPUTY CLERK

Chapter: _____13_____

Adv. No.: _____

Hearing Date: ____March 2, 2022____

Judge: ____Hon. R. Gambardella____

## CERTIFICATION OF SERVICE

1.  I, _____Shlomit Gordon_____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents

    _____ in this matter.

    ☒ am the _____Movant_____ in this case and am representing myself.

2.     On _____February 15, 2022_____, I sent a copy of the following pleadings and/or documents

    to the parties listed in the chart below.

    Order to shorten time

3.     I certify under penalty of perjury that the above documents were sent using the mode of service

    indicated.

Date: ____February 15, 2022____          Shlomit Gordon
                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Angela Cedano<br>aka Angela Delgado<br>3 Eighth Street<br>Englewood Cliffs, NJ 07632 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Overnight mail_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Christopher S. Martone<br>Martone & Associates<br>2500 Lemoine Ave<br>Fort Lee, NJ 07024 | Debtor's attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _overnight mail_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _overnight mail_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2



DV DANIELS NJ  070

3 MAR 2022  PM 3  L

US Bankruptcy Court - NJ
So Walnut St. #3017
Newark, NJ 07102

07102-355099