**Angela Delgado**
3 eight 8th Street Englewood Cliffs, NJ 07632

FILED
NEWARK, NJ
2022 APR 27 P 2:30
JEANNE A. NAUGHTON
BY: /s/
DEPUTY CLERK

Case # 22-10859-RG
Chapter 13

04/21/2022

United States Bankruptcy Court
District of New Jersey
**Honorable Rosemary Gambardella**

Re: Bankruptcy – Sale of my house

Honorable Rosemary Garbardella,

I would like to respectfully inform you that, the matters with my property began when the economy took a downturn. I was raising my kids by myself, lost my income, had the loss in my family and had too many unexpected expenses. However, as soon as I recovered my hours of work and income, I pursued professional help to settle my loan.

In February 2020, I went to the courthouse in Hackensack NJ and a court employee named Angelica recommended me to hire attorney Christopher Martone from Martone & Associates, LLC in Fort Lee NJ. Consequently, I met this attorney and he assured me that he would negotiate with Midland Mortgage to help me obtain a loan modification. He also assured me that filing a bankruptcy would stop the sale of my house scheduled for January 28, 2022. Subsequently, he charged me **$5,830** for a Bankruptcy chapter 13, **$4,500** for a bankruptcy chapter 7 and **$4,000** for a loan modification, totaling <u>**$14,330**</u> (please see attached receipts).

Unfortunately, yet, purposedly Mr. Martone refused filed bankruptcy, neither obtained a loan modification as agreed. Even when I constantly asked him if he had filed bankruptcy and reminded him of the sales date, to what he responded, *"I know, I am gaining time. That's not gonna happen"*.
It was after the house was sold to Sholomit, that he filed one of the two bankruptcies that he had charged me for and in unity with Sholomit suggested me to get $1,000,000 or to pay rent to Sholomit.

When Martone understood that I could not get the one million dollars that he and Sholomit were asking me for, he texted me informing me that he would not longer represent me. That he was done with me. Since then, I was on my own. (Please see attached)

I desperately returned to the courthouse in Hackensack, I sent a letter to the supreme court in Trenton NJ, and found/hired a new attorney in Westwood, Geoffrey Mueller.

Consequently, I would like to request:
- That Christopher Martone gets removed as my attorney and Geoffrey Mueller is authorized to represent me
- That the sale of my house is set for mediation, to present and clarify the facts, for I was deceived and pushed to this situation by Martone.
- That I am granted an opportunity to setter my debt with the lender. My house is worth more than my debt. I could sell it and cure the debt with the lender. I restate that, I was deceived and pushed to this situation by Martone and his team.

I have tried so hard to save my house and I hope that my request is considered and granted. Thank you in advance.

Respectfully yours,

*Angela Delgado*
Angela Delgado

cc. Geoffrey Mueller

# Agreement to Provide Legal Services

**THIS AGREEMENT**, dated October 15, 2021
is made **BETWEEN** the Client(s)
**Angela Cedeno f/k/a Angela Delgado**
whose address is
**3 8th Street**
**Englewood, Cliffs, NJ 07632**

referred to as "You,"
**AND**
**Martone & Associates, LLC**
whose address is
**2500 Lemoine Avenue**
**Fort Lee, New Jersey 07024**
referred to as the "Law Firm."

**Legal Services to be Provided.**   You agree that the Law Firm will represent your interests in the following matter: Loan Modification negotiations Midland Mortgage.

Legal Fee:
**Total legal Fee and costs.** You agree to pay a total fee of **$4,000.00** for legal services and costs.

**1. Your Responsibility.**   You must fully cooperate with the Law Firm and provide all information relevant to the issues involved in this matter. You must also pay all bills as required by the Agreement. If You do not comply with these requirements, the Law Firm may ask the Court for permission to withdraw from representing You. The Law Firm will also withdraw at your request.

**2. No Guarantee.**   The Law Firm agrees to provide conscientious, competent and diligent services and at all times will seek to achieve solutions which are just and reasonable for You. However, because of many unknown factors, attorneys cannot and do not warrant, predict or guarantee results or the final outcome of any case.

**Signatures.**   You and the Law Firm have read and agree to this Agreement. The Law Firm has answered all of your questions and fully explained this Agreement to your complete satisfaction. You have been given a copy of this Agreement.

Law Firm: **Martone & Associates, LLC**                    Agreed and Accepted

By _____
*Attorney* **Christopher S. Martone, ESQ.**

_____
*Clients* **Angela Cedeno f/k/a Angela Delgado**

_____

360S - Legal Fee Agreement - General
Plain Language
Rev. 6/98   P3/05

Powered by HotDocs®

©2005 by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510   Page 1

# Agreement to Provide Legal Services

THIS AGREEMENT, dated March 18, 2020
is made BETWEEN the Client(s)
**Angela Cedeno f/k/a Angela Delgado**
whose address is
**3 8th Street**
**Englewood, Cliffs, NJ 07632**

referred to as "You,"
AND
**Martone & Associates, LLC**
whose address is
**2500 Lemoine Avenue**
**Fort Lee, New Jersey 07024**
referred to as the "Law Firm."
**Legal Services to be Provided.** You agree that the Law Firm will represent your interests in the following matter: Bankruptcy Chapter 13.

Legal Fee:
**Total legal Fee and costs.** You agree to pay a total fee of **$5,830.00** for legal services and costs. The 1st payment of $3,830.00 is due upon the signing of this agreement. The balance of $2,000.00 shall be due by 4/15/2020.

1. **Your Responsibility.** You must fully cooperate with the Law Firm and provide all information relevant to the issues involved in this matter. You must also pay all bills as required by the Agreement. If You do not comply with these requirements, the Law Firm may ask the Court for permission to withdraw from representing You. The Law Firm will also withdraw at your request.

2. **No Guarantee.** The Law Firm agrees to provide conscientious, competent and diligent services and at all times will seek to achieve solutions which are just and reasonable for You. However, because of many unknown factors, attorneys cannot and do not warrant, predict or guarantee results or the final outcome of any case.

**Signatures.** You and the Law Firm have read and agree to this Agreement. The Law Firm has answered all of your questions and fully explained this Agreement to your complete satisfaction. You have been given a copy of this Agreement.

Law Firm: Martone & Associates, LLC            Agreed and Accepted

By _____            _____
   *Attorney* Christopher S. Martone, ESQ.       *Clients* Angela Cedeno f/k/a Angela Delgado

360S - Legal Fee Agreement - General
Plain Language
Rev. 6/98    P3/05

Powered by
HotDocs®

©2005 by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com    800.222.0510    Page 1

# Agreement to Provide Legal Services

**THIS AGREEMENT**, dated September 25, 2020
is made **BETWEEN** the Client(s)
**Angela Cedeno f/k/a Angela Delgado**
whose address is
**3 8th Street**
**Englewood, Cliffs, NJ 07632**

referred to as "You,"
AND
**Martone & Associates, LLC**
whose address is
**2500 Lemoine Avenue**
**Fort Lee, New Jersey 07024**
referred to as the "Law Firm."
**Legal Services to be Provided.**    You agree that the Law Firm will represent your interests in the following
matter: Bankruptcy Chapter 7

Legal Fee:
Total legal Fee and costs. You agree to pay a total fee of **$4,500.00** for legal services and costs.

**1. Your Responsibility.**    You must fully cooperate with the Law Firm and provide all information relevant to the issues involved in this matter. You must also pay all bills as required by the Agreement. If You do not comply with these requirements, the Law Firm may ask the Court for permission to withdraw from representing You. The Law Firm will also withdraw at your request.

**2. No Guarantee.**    The Law Firm agrees to provide conscientious, competent and diligent services and at all times will seek to achieve solutions which are just and reasonable for You. However, because of many unknown factors, attorneys cannot and do not warrant, predict or guarantee results or the final outcome of any case.

**Signatures.**    You and the Law Firm have read and agree to this Agreement. The Law Firm has answered all of your questions and fully explained this Agreement to your complete satisfaction. You have been given a copy of this Agreement.

Law Firm: **Martone & Associates, LLC**        Agreed and Accepted

By _____        _____
  *Attorney* **Christopher S. Martone, ESQ.**      *Clients* **Angela Cedeno f/k/a Angela Delgado**

360S - Legal Fee Agreement - General
Plain Language
Rev. 6/98    P3/05

Powered by
HotDocs®

©2005 by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com    800.222.0510    Page 1

  

**Martone**

You can represent yourself going forward.

I am disappointed that you actually text me this.

Good luck.

Christopher, I paid to you so much money, and in return I got of this

**Martone**

> Christopher, I paid to you so much money, and in return I got of this unfortunate situation caused by your lack of diligence.
>
> Pls tell my how not to worry now 😭
> Pls tell me what to tell my children




EI 225 761 873 US

PRIORITY MAIL EXPRESS®

FROM: (PLEASE PRINT) PHONE (786) 260-7210
Angela Delgado
3- 8th st Englewood cliffs
N.J. 07632

TO: (PLEASE PRINT) PHONE ( )
Honorable Rosemary gambardella
50 Walnut street
Newark N.J. 07102
Case # 2210859- R G chapter 13

PO ZIP Code: 01022
Date Accepted: 04/26
Time Accepted: 9:30 AM
Scheduled Delivery Date: 04/27
Scheduled Delivery Time: 6:00 PM
Total Postage & Fees: $26.95

By: JEANNEV HUGHSTON
FILED NEWARK NJ
U.S. BANKRUPTCY COURT
2022 APR 27 P 2:30



2022 APR 27
USPS.COM/PICKUP
PS10001000006