UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Christopher S. Martone, ESQ.
Martone & Associates, LLC
2500 Lemoine Avenue
Fort Lee, New Jersey 07024
Tel. 201-944-5004
Fax 201-353-2582
Email: martonelaw@gmail.com
Attorney for Debtor Anegla Cedano

Order Filed on June 2, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case Number: 22-10859

Judge: Rosemary Gambardella

In Re:

Angela Cedano

Hearing Date: 5/18/2022
Hearing Time: 10:00 AM

### ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

**UPON** consideration of the motion of Christopher S. Martone, ESQ. Attorney for the debtor Angela Cedano ("the debtor"), for entry of an order granting the motion to withdraw as attorney; and the court having considered the papers submitted; and the opposition thereto, if any, and it appearing that sufficient cause exists to grant the motion; and good and sufficient notice having been given; it is hereby

**ORDERED** that the Motion to withdraw as attorney is granted. ˄The dismissal of the case is vacated for the limited purpose of the entry and docketing of this order.

DATED: June 2, 2022

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-10859-RG
Angela Cedano  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1
Date Rcvd: Jun 02, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Angela Cedano, 3 Eight Street, Englewood Cliffs, NJ 07632-2404 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher S. Martone | on behalf of Debtor Angela Cedano martonelaw@gmail.com |
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA National Association, as Trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4