Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.:  22−10859−RG
                            Chapter:  13
                            Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angela Cedano
   aka Angela Delgado
   3 Eight Street
   Englewood Cliffs, NJ 07632

Social Security No.:
   xxx−xx−0723

Employer's Tax I.D. No.:

# FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 17, 2022</u>                  <u>Rosemary Gambardella</u>
                                               Judge, United States Bankruptcy Court